UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:10-CR-21 |
| ) | |
| TERRY L. SABO, SR. ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 21, 2010, and in accordance with the Federal Magistrate's Act, as amended, Title 28 U.S.C. §636(b)(1)(B), (C), and Local Rule 72.1(c), this case was referred to Magistrate Judge Roger Cosbey to conduct any necessary hearings and submit a Report and Recommendation for the disposition of the defendant's Motion for Determination of Mental Competency (docket entry 12), which was submitted to the court on March 29, 2010.

On October 18, 2010, Magistrate Judge Roger Cosbey issued his Report and Recommendation, recommending that the defendant be found currently COMPETENT to stand trial.

This Report and Recommendation also informed the parties that they had fourteen days after being served with a copy of the Report and Recommendation to file written objections with the Clerk of the Court, and that failure to object may constitute a waiver of objection on appeal. See also Fed. R. Cr.P. 59(b)(2).

More than fourteen days have passed since the parties have been served with a copy of Magistrate Judge Cosbey's Report and Recommendation and no objections have been filed with the Clerk of the Court. Consequently, this court hereby ADOPTS Magistrate Judge Cosbey's

Report and Recommendation, and finds the defendant currently COMPETENT to stand trial.

This cause is now scheduled for jury trial, with an estimated length of three days, before Judge William C. Lee at 8:30 a.m. on Monday, December 27, 2010. A final pre trial conference is set for Monday, December 20, 2010, at 1:30 p.m. before Judge William C Lee. The deadline for the filing of a plea agreement is December 20, 2010; if a plea agreement is filed, the trial and pre trial conference dates will be vacated and a plea hearing will be scheduled before Magistrate Judge Roger Cosbey.

Enter: November 8, 2010

                                          s/William C. Lee
                                         WILLIAM C. LEE, JUDGE
                                         UNITED STATES DISTRICT COURT